```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 20426
    HENRIETTA SMITH
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8667

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 11/01/2007 and was not confirmed.

   The case was dismissed without confirmation 01/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC   NOTICE ONLY    NOT FILED              .00          .00
COMMONWEALTH EDISON      UNSECURED        5298.39              .00          .00
CHASE HOME FINANCE LLC   CURRENT MORTG        .00              .00          .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE   17000.00              .00          .00
NICOR GAS                UNSECURED     NOT FILED               .00          .00
PRO SE DEBTOR            DEBTOR ATTY         .00                            .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                        -------------        -------------
TOTALS                        .00                  .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
    Dated: 04/23/08              _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```